NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BOGUE ELECTRIC COMPANY, Respondent.

No. 8950.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 1, 1945.

Decided Oct. 3, 1945.

Geoffrey J. Cunniff, of Philadelphia, Pa. (Alvin J. Rockwell, Gen. Counsel, Malcolm F. Halliday, Asst. Gen. Counsel, and Owsley Vose, and Barnard Morrison, all of Washington, D. C., on the brief), for N.L.R.B.

Abraham J. Halprin, of New York City (Sidney R. Rossiter, of New York City, on the brief), for respondent.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The petition of the National Labor Relations Board for enforcement of its order issued against the respondent on February 28, 1945 is granted herewith. A decree may be submitted.

■

NEVINS, Inc., v. Walter J. ROTHENSIES, Collector of Internal Revenue for the First District of Pennsylvania, Appellant.

No. 8895.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 8, 1945.

Decided Oct. 10, 1945.

Robert R. Reynolds, Jr., of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for respondent.

Morris Wolf, of Philadelphia, Pa. (Wolf, Block, Schorr & Solis-Cohen, of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

For the reasons set forth in the opinion of Judge Kirkpatrick, 58 F.Supp. 460, the judgment of the district court is affirmed.